Transportation Security Administration

What Can I Bring? | A - Z Index | Employees

Home » Blog » 2011 » December » Screening of Elderly Passenger at JFK

# Screening of Elderly Passenger at JFK

Archived Content

Please note that older content is archived for public record. This page may contain information that is outdated and may not reflect current policy or programs.

If you have questions about policies or procedures, please contact the TSA Contact Center.

Members of the news media may contact TSA Public Affairs.

Sunday, December 04, 2011



You may have heard in the news about an elderly woman who is stating she was strip searched at New York's JFK airport by TSA officers. TSA contacted the passenger to apologize that she feels she had an unpleasant screening experience; however, **TSA does not include strip searches in its protocols** and a strip search did not occur in this case. We're currently gathering information and reviewing the screening of this passenger, but we wanted to share what we know so far.

A review of CCTV indicates the passenger opted out of advanced imaging technology and requested a pat-

Transportation Security Administration

which left early at 12:30 p.m.

She entered the checkpoint line in a wheelchair, walker in hand.

The passenger opted out of advanced imaging technology screening, requested a pat-down and told the officers that she was wearing a back brace or support belt which required private screening.

Private screening was conducted by two female officers. The item was removed, rescreened, and the passenger was cleared for travel. Nothing unusual was depicted on the CCTV as the passenger and two female officers entered and exited the room. The wheelchair attendant assisted the passenger in departing the checkpoint area for the gate.

Terrorists remain focused on attacking transportation through tactics such as concealing explosives under clothing. Further, as evidenced by the Christmas Day 2009 attempted bombing, concealed anomalies under clothing must continue to be resolved and cleared as part of the screening process to ensure the item does not pose a threat to the safety of the traveling public. Terrorists and their targets may also range in age. Read here about a group of elderly men who were planning on using toxic ricin against U.S. citizens, U.S government and officials.

**Bob Burns**
**TSA Blog Team**

If you'd like to comment on an unrelated topic you can do so in our Off Topic Comments post. You can also view our blog post archives or search our blog to find a related topic to comment in. If you have a travel related issue or question that needs an immediate answer, you can contact a Customer Support Manager at the airport you traveled, or will be traveling through by using Talk to TSA.

**Tags:** Passengers with Disabilities
Policy and Procedures
Pat-Downs

## About This Blog

The purpose of this blog is to communicate with the public about all things TSA related. Check in regularly for "TSA Travel Tips" and our "TSA Week in Review" series where we provide a rundown of firearm discoveries and other interesting finds.

Please note that older TSA blogs are kept for public record and may not reflect current procedures. For the latest policies, please send us a tweet or message on Facebook @AskTSA.

## Most Read



TSA Travel Tips Tuesday - Traveling With Alcoholic Beverages



Travel Tips Tuesday: Safely Packing Batteries for Your Trip

TSA Travel Tips Tuesday: Flying with Deodorant Isn't a Sticky Situation



Transportation Security Administration



TSA Travel Tips - Traveling With Medication

Safety Razors and Disposable Razors

## Links

- Comment Policy
- Contact the TSA Blog Team
- Privacy & Website Policies

## Newsletter

Stay informed on our latest news!

Email*  [_____]  Subscribe

A - Z Index    DHS    Employees    Federal Relay    FOIA    Industry    Metrics    No FEAR    Privacy

Report Fraud, Waste & Abuse    USA.gov

Official website of the Department of Homeland Security

Travel    |    Media    |    About    |    Contact